

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | REDACTED |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06- 32 |
| ) | |
| DAVID ROSS, ) | |
| ) | |
| Defendant. ) | |

F I L E D
MAR 2 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count I

From on or about September 2004, and continuing up to December 16, 2004, in the State and District of Delaware, and elsewhere, David Ross, defendant herein, did knowingly conspire and agree with A.C. and other unindicted coconspirators known and unknown to the grand jury to commit the following offense against the United States: to knowingly distribute, and to possess with intent to distribute, heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 846.

### Count II

On or about November 22, 2004, in the District of Delaware, David Ross, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### Count III

On or about November 26, 2004, in the District of Delaware, David Ross, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### Count IV

On or about December 2, 2004, in the District of Delaware, David Ross, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### Count V

On or about November 22, 2004, at about 1:44 p.m., in the District of Delaware, David Ross, defendant herein, did knowingly and intentionally use a communication facility, to wit, a telephone with the telephone no. 302-250-2448, to facilitate the commission of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 843(b).

### Count VI

On or about November 26, 2004, at about 5:23 p.m., in the District of Delaware, David Ross, defendant herein, did knowingly and intentionally use a communication facility, to wit, a telephone with the telephone no. 302-250-2448, to facilitate the commission of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 843(b).

### Count VII

On or about December 2, 2004, at about 2:28 p.m., in the District of Delaware, David Ross, defendant herein, did knowingly and intentionally use a communication facility, to wit, a telephone

with the telephone no. 302-250-2448, to facilitate the commission of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 843(b).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Richard G. Andrews
First Assistant United States Attorney

Dated: 3/28/06