IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DAVID ROSS, ) <br> ) <br> Defendant. ) | Criminal Action No. 06-32 |

**MOTION AND ORDER TO SEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: March 28, 2006

AND NOW, to wit, this 28 day of March, 2006, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed.

/s/
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE