FILED IN OPEN
COURT 4/27/06 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Crim. Act. No. 06-32 |
| DAVID ROSS, | ) | |
|     Defendant. | ) | |

FILED
APR 2 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**.  This case is eligible for a detention order because case involves (**check all that apply**):

   _____ Crime of violence (18 U.S.C. § 3156)

   _____ Maximum sentence life imprisonment or death

   __X__ 10+ year drug offense

   _____ Felony, with two prior convictions in above categories

   __X__ Serious risk defendant will flee

   _____ Serious risk obstruction of justice

2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__ Defendant's appearance as required

    __X__    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    __X__    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    _____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

DATED this _____ day of _____, 2006.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant U. S. Attorney