✎AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

UNITED STATES OF AMERICA

V.

DAVID ROSS

**WARRANT FOR ARREST**

Case Number:   CR 06-32-UNA

SEALED ~~(crossed out)~~ UNSEALED 4/24/06 KJK

*FILED 2006 MAY 30 AM 9:36 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE*

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DAVID ROSS__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE HEROIN - ( COUNT I );
POSSESSION WITH THE INTENT TO DISTRIBUTE HEROIN - ( COUNTS II THRU IV );
USING A TELEPHONE TO FACILITATE A DRUG FELONY - ( COUNTS V THRU VII )

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1) and (b)(1)( C )__

PETER T. DALLEO                               BY: [signature]                    DEPUTY CLERK
Name of Issuing Officer                       Signature of Issuing Officer

CLERK OF COURT                                MARCH 29, 2006 AT WILMINGTON, DE
Title of Issuing Officer                      Date and Location

FILED MAY 30 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DAVID ROSS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-29-06 | William David, DUSM | William David |
| DATE OF ARREST 4-27-06 | | |