IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-32-JJF |
| DAVID ROSS, | : |
| Defendant. | : |

<u>O R D E R</u>

WHEREAS, the above Defendant having entered pleas of guilty to Counts Two and Six of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, October 26, 2006 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

August 23, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
AUG 2 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE