## RICHARD G. FREEMAN, Esquire
Attorney at Law
924 Cherry street, 4th floor
Philadelphia, PA 19107
(215) 574 8818
*Fax* 215 922 1599  *E-Mail*: RGFrim @aol.com

October 5, 2006

Clerk of Court
United States District Court
District of Delaware
844 King street, Lockbox 18
Wilmington, DE 19801

RE: *United States v. Ross Cr.06-00032-001* JJF

To the Clerk of Court:

    I enclose for filing and presentation to the Court an original and one (1) copy of a Sentencing Memorandum I wish the Court to consider in sentencing the defendant in the above captioned case. I also enclose two (2) copies of this letter and a preaddressed, prestamped envelope. Kindly file the original and copy of this document of record and then time stamp the extra copy of this letter and mail the copy back to me in the envelope I have provided. I thank you.

Yours sincerely,

RICHARD G. FREEMAN

*Enclosure*

cc: David Ross
    Richard G. Andrews, Esquire
    Jean M. Lubinsky



FILED
OCT 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE