IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-32-JJF |
| ) | |
| DAVID ROSS, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorney, Richard G. Andrews, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts I, III, IV, V, and VII of the Indictment pursuant to the Memorandum of Plea Agreement dated July 17, 2006.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: 10/26/06

IT IS SO ORDERED this 26 day of October, 2006.

/s/ Joseph J. Farnan, Jr.
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court

FILED
OCT 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE