IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>DAVID ROSS<br>    Defendant. | §<br>§<br>§   CRIMINAL ACTION NO. 06-32-UNA<br>§<br>§<br>§<br>§ |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
      WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY,
      WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **DAVID ROSS** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **DAVID ROSS** was charged with a violation of 21 U.S.C. SECTION 846 IN VIOLATION OF 21 U.S.C. SECTION 841(a)(1) AND 21 U.S.C. SECTION 843 for an **INITIAL APPEARANCE on THURSDAY APRIL 27** at **1:00 PM** and to be remain in the custody of the U.S. Marshal's Service until the conclusion of the charges. And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 18th day of April 2006.

PETER T. DALLEO, CLERK

By: _____
      Deputy Clerk

CERTIFIED: 4/24/06
AS A TRUE COPY:
    ATTEST:
PETER T. DALLEO, CLERK

BY _____
      Deputy Clerk

SEALED [crossed out] UNSEALED 4/26/06

FILED OCT 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE